UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **MICHAEL OWUSU-SAKYA,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(D) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cannabis) ; |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 5 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cocaine); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 21 U.S.C. 853 |
| | : | (Criminal Forfeiture) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about December 26, 2005, within the District of Columbia, **MICHAEL OWUSU-SAKYA,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Unlawful Possession With Intent to Distribute Cannabis**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT TWO

On or about January 6, 2006, within the District of Columbia, **MICHAEL OWUSU-SAKYA**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT THREE

On or about January 6, 2006, within the District of Columbia, **MICHAEL OWUSU-SAKYA**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT FOUR

On or about January 6, 2006, within the District of Columbia, **MICHAEL OWUSU-SAKYA,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Unlawful Possession With Intent to Distribute Cannabis**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

### COUNT FIVE

On or about January 6, 2006, within the District of Columbia, **MICHAEL OWUSU-SAYKA**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Counts Two, Three and Four of this Indictment which are incorporated herein, a firearm, that is, a Smith & Wesson .38 caliber revolver and a Jennings 9mm handgun.

**(Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

### COUNT SIX

On or about January 6, 2006, within the District of Columbia, **MICHAEL OWUSU-SAYKA**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Fairfax County, Virginia, Circuit Court, Criminal Case No. K091436, did unlawfully and knowingly receive and possess a firearm, that is, a Smith & Wesson .38 caliber revolver and a Jennings 9mm handgun, and did unlawfully and knowingly receive and possess ammunition, that is, .38 caliber ammunition and 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### FORFEITURE ALLEGATION

Upon conviction of one or more of the controlled substance offenses alleged in Counts One through Four of this Indictment, **MICHAEL OWUSU-SAKYA**, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including, but not limited to:

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, being more particularly described as follows:

Lot numbered 69 in the Dunigan and Wallinford's subdivision in Block numbered 108 "Petworth Addition to the city of Washington," as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber 62 at Folio 111.  NOTE: At the date hereof, the above described land is known for assessment and taxation purposes as Lot 69 in Square 3312.

More commonly known as 4108 Third Street, N.W., Washington, D.C. 20011.

**(Criminal Forfeiture**, in violation of Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure**)**

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.