UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.  ) | **Criminal No. 06-055 (RCL)** |
| ) | |
| **MICHAEL OWUSU-SAKYA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |
| **In Re the Criminal Forfeiture** ) | |
| **of Real Property Located at** ) | |
| **4108 Third Street, N.W.** ) | |
| **Washington, D.C. 20011** ) | |
| ) | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully notes the filing, as part of the record in the above-captioned criminal case, of the attached Notice of *Lis Pendens*, filed on March 6, 2006, as Document No. 2006028095, with the D.C. Recorder of Deeds Division at the Office of Tax and Revenue in the District of Columbia.

    Respectfully submitted

    KENNETH L. WAINSTEIN
    United States Attorney

By: _____
    MICHAEL TRUSCOTT
    Assistant United States Attorney
    United States Attorney's Office
    Criminal Division, Federal Major Crimes
    555 Fourth Street, N.W., Room 4237
    Washington, D.C. 20530
    (202) 514-7533

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Filing has been sent by first class mail, postage prepaid, this <u>8th</u> day of March, 2006, to the following:

>Douglas Wood
>Roberts and Wood
>6801 Kenilworth Avenue, Suite 202
>Riverdale, Maryland 20737
>(Counsel for defendant Michael Owusu-Sakya)

and

>Larry Rice and Michelle Slattery, Trustees for benefit of
>First Horizon Home Loan Corporation
>12700 Fair Lake Circle, Ste. 400
>Fairfax, VA 22033
>(Lienholder)

and

>CTC Real Estate Services, Trustee(s) for benefit of
>Mortgage Electronic Registration Systems, Inc. ("MERS")
>  as beneficiary for Countrywide Home Loans, Inc.
>4500 Park Granada
>Calabasas, CA 91302-1613
>(Lienholder)

_____
MICHAEL TRUSCOTT
Assistant United States Attorney
United States Attorney's Office
Criminal Division
555 Fourth Street, N.W., Room 4237
Washington, D.C. 20530
(202) 514-7493