UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    United States Attorney's Office<br>    555 4th Street, N.W.<br>    Washington, D.C. 20530<br><br>    v.<br><br>MICHAEL OWUSU-SAKYA,<br><br>          **Defendant.**<br><br>Re:  4108 Third Street, N.W.<br>        Washington, D.C. 20011 | )<br>)<br>)<br>)<br>)<br>)    Criminal No. 06-055 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF *LIS PENDENS*

NOTICE IS HEREBY GIVEN that the above-captioned action has commenced and is now pending in the Federal District Court for the District of Columbia between the above-named parties.

The general object thereof is to obtain judicial forfeiture of the defendant property, as property involved in narcotics trafficking offenses, in violation of 21 U.S.C. § 853.

**The name of the person whose estate or interest is intended to be affected is:**

**Michael Owusu-Sakya and any other person alleging an interest in the property.**

The property to be forfeited by reason of the foregoing and pursuant to the provisions contained in 21 U.S.C. § 853, and to which this *Lis Pendens* refers, is the real property and premises known as **4108 Third Street, N.W., Washington, D.C.**, 20011, more particularly described as:

ATTACHMENT

Lot numbered 69 in the Dunigan and Wallinford's subdivision in Block numbered 108 "Petworth Addition to the city of Washington," as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber 62 at Folio 111.
NOTE: At the date hereof, the above described land is known for assessment and taxation purposes as Lot 69 in Square 3312.

For further information concerning this action, reference may be made to the records of the Criminal Docket Clerk of the Federal District Court for the District of Columbia, Third and Constitution Avenue, N.W., Washington, D.C. 20001.

WITNESS my hand this 3rd day of March, 2006.

Respectfully submitted,

KENNETH L. WAINSTEIN
Unites States Attorney
D.C. Bar No. 451058

By: _____
JUDITH A. KIDWELL
Assistant United States Attorney
United States Attorney's Office
Criminal Division, Asset Forfeiture Unit
555 Fourth Street, N.W., Room 4818
Washington, D.C.  20530
Telephone no. (202) 514-7250

Washington                )
                          ) SS
District of Columbia      )

I, Jessica McCormick, Notary Public in and for the District of Columbia, DO HEREBY CERTIFY THAT the United States of America, pray to a certain *Lis Pendens* bearing date on the 3rd day of March, 2006, and hereto annexed, personally appeared before me in said District of Columbia, Judith A. Kidwell, Assistant United States Attorney, being personally well known to me as the person who executed the said *Lis Pendens* and acknowledged the same to be her act and deed.

Given under my hand and seal this 3rd day of March, 2006.

_____
Notary Public

Jessica McCormick
Notary Public, District of Columbia
My Commission Expires 12-14-2006

My Commission Expires: _____