**ROBERTS & WOOD**
ATTORNEYS AT LAW
6801 KENILWORTH AVENUE
BERKSHIRE BUILDING, SUITE 202
RIVERDALE, MARYLAND 20737

(301) 699-0764
(301) 699-8706 FAX

TERRELL N. ROBERTS, III
(MD, D.C., VA)
DOUGLAS J. WOOD
(MD, D.C.)
CHRISTOPHER A. GRIFFITHS
(MD, D.C.)
NIKKI LOTZE
(MD, D.C.)
MATTHEW F. DAVIES
(MD, D.C.)

September 1, 2006

The Honorable Royce C. Lamberth
United States District Court
for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

  Re: United States v. Michael Owusu-Sakyi
    Docket No.: 06-055

Dear Judge Lamberth:

  Sentencing in the above referenced case is set for September 5, 2006. Enclosed are character letters written on Mr. Owusu-Sakyi's behalf. Please consider these letters at sentencing.

        Sincerely,

        /s/

        Douglas J. Wood

DJW/lrs