August 11, 2006

To Judge Lambert;

    Mr. Owusu-sakyi has been spiritual uplifting in my life and very well needed in the local community providing outstanding professionalism in his Barber shop establishment. Mr. Owusu-sakyi has provided great leadership to the young men and women who seek for guidance at an earlier age, and we all know how difficult that can be with know other mentors available for that advice but Mr. Owusu-sakyi has always been there for those young men, women and kids. It has been a blessing to know and get service from such a fine man, hopefully things can be work out that we make the right judgment and not have a harsh punishment for Mr. Owusu-sakyi. For he has truly provided a great deal of comfort to us all at the Barber shop and for his mistakes in life; especially this one, I ask you Mr. Lambert for your kindness.

Sincerely
Kevin Daniels

August 12, 2006

To Whom It May Concern:

My name is William McCritty I attended Annandale high school along with Michael Ousu Sakyi . Mike was my classmate for two of the four years that I attended Annandale and I am writing this letter on his behalf. I know and understand about the consequences and repercussions that lie before him. I would like to say that to my present knowledge , mike is still a very good person, friend, and confidant. Mike is always thinking positively and always looking to better himself and the people that surround him. However. I also understand that nobody is perfect. We all make mistakes which sometimes can be inexcusable. However. Mike"s contribution to the d.c. African American community is absolutely something that should be accentuated. Mike has helped me with numerous employment opportunities that I have absolutely taken advantage of. If I could sum up mike"s personality in two words, it would be "role model". I personally look at mike in this way because if I had this man"s commitment and dedication to our community, I would definitely be in position to own my own business that positively uplifts and contributes to our community and culture. Mike is a man that absolutely needs and deserves to be in our society, because there is very much so more good in this man than there is bad.

Thank you for your consideration in reading my letter: Sincerely William H. McCritty

William McCritty

August 18, 2006

Your Honour,

**Judge Lambert**

I have known Michael Owusu-sakyi for 11 years as a close friend from college.

I can confirm that he is a man of great integrity, is extremely dedicated to his family and work, and is entirely peace-loving. Michael has always been a focused and outgoing individual determined to achieve his goals and dreams. One of those goals since college was to run his own barber shop and over the years I have seen Michael consistently work hard to achieve that goal. Michael currently runs K&O's Barber Shop, which in my opinion has become more than just a barber shop, but a place also where young people of the community have come to express their goals, dreams in life and get positive advice on achieving them. By them seeing him move from just being a barber in the shop to running the barber shop over the years, he is living proof to the young people that hard work will pay off and it can be done in a positive way that can improve their community. Michael has given other young adults from the community who aspire to become barbers a chance by working for him at his shop and teaching them the proper business ethics to become successful at running their own business one day.

As human beings, in life we have to constantly make choices every day. Most of these choices turn out to be the right one and some a mistake. As human beings, we should be able to grow from our mistakes to become better members of society rather than being prosecuted for our mistakes. So, I ask you to take in careful consideration that Michael has made more of the right choices in life rather than mistakes and has had a positive impact on most of the individuals' lives he has come in contact with.

Furthermore, Michael has become a friend and mentor to many people and overall has made a positive impact on the community. I believe over the period of this case Michael has seriously thought about the error of his ways, corrected them and honestly wants to be given another chance. In my opinion, he can be of better use continuing to serve his community rather than serving a prison sentence.

Thank you for the time and consideration in reading this letter.

Yours faithfully

Kelvin McKoy

Kelvin McKoy

GEORGE MASON MORTGAGE, LLC
A Subsidiary of Cardinal Bank
4100 Monument Corner Drive • Suite 100 • Fairfax, Virginia 22030
www.gmmllc.com

Shawn Williams
Loan Officer/Team Lead for "The Spencer Group"

GMM, LLC: (703) 802-5300 x5302
Toll Free: (800) 867-6859
Website: www.tsghomeloans.com
Cell: (301) 807-8488
E-Fax: (703) 653-8102
E-mail: swilliams@gmmllc.com

August 16, 2006

Shawn Williams
P.O. Box 2814
Hyattsville, MD 20784

Dear Judge Lambert:

I am writing this letter regarding a good friend of mine, "Mike O". I met Mike approximately 10 years ago, at George Mason University. He was one of the first people that I met on campus. Through our college years, we became very close friends and I could always count on him to provide a crisp haircut.

I have also been a regular customer at his barbershop and seen his interaction w/ the youth by encouraging them to make something of their lives. I would often take my nephews for haircuts and they would be anxious to see "Mr. Mike" and get an opportunity to sweep the floor for a soda or candy. I always felt comfortable in the barbershop and have never experienced any negativity in that atmosphere. I often asked Mike if he was concerned about being robbed, due to the neighborhood and the constant cash transactions that occurred from clients receiving haircuts. His reply would be, "I have been here for years and if it is meant to happen, it will happen. This is a family barbershop…"

Mike has always been a true friend is always available to lend assistance (i.e. helping me move into my 1st home, marriage and mental counseling, picking me up when after being in a car accident, groomsman in my wedding, etc.). As I continued to pursue a career in the financial industry (insurance and mortgage), Mike has also referred several clients. I hope that you will consider his contributions to me, the community and friends.

I also hope this helps to answer any questions regarding Mike's character. Please do not hesitate to contact me w/ questions at 301-807-8488.

Best regards,

Shawn Williams

**United States Department of State**

*Washington, D.C. 20520*

*www.state.gov*

To whom it may concern,

My name is Tarrance Watson I work for the Department Of State and this letter is in regards to my friend, my mentor, my brother Michael Owusu-Sakyi. I am twenty two years of age and have known Mike for almost fifteen of those years. I really don't know were I would be today had he not been their to pick the phone up when I needed someone to talk to, a place to rest my head some nights, or even a laugh. Mike kept me focused while I was in school with his encouraging words and took me under his wings. Mike is a Master barber who permitted me to work in his shop and to develop a skill which is greatly needed these days. I'm so appreciative of Mike giving young men like myself a chance to work and to give back to our community in some small way. I really do not know the severity of this matter but I do know that people like Mike are irreplaceable and I will miss not having my brother around.

Sincerely,
Tarrance Watson
WatsonTJ@State.gov
202-528-4646

Timothy Eddings
902 Webster St.
NW Washington DC 20011
(202) 291 2669

Your Honor

    I am writing this letter on behalf of my good friend Michael Sakyi. I am a Senior Airman in the US Air Force and have served 4 years active duty and 4 as a reservist with honor. I have known Michael for about 6 years and I can tell you despite his flaws he is a good person. I have witnessed Michael give free hair cuts to students and constantly encourage them to stay in school. Michael is well respected in the community of which I live. Michael also has a growing real estate business that he has expressed as his way of leaving the alternative lifestyle behind. I recognize Michael has made a mistake but I am asking for leniency. He is not considered dangerous or violent in any way and I would like for him to stay that way. I am concerned that if you incarcerate him for too long of a period that he may become that individual. I know Michael has expressed remorse for his actions and is willing to do whatever it takes to correct the situation. At this moment in time Michael has only hurt himself and his reputation. I would like to recommend instead of incarceration that maybe Michael can be placed in program to inform kids of where his previous lifestyle will lead. I know you have the final say and that you are just and I am pleading with you. Michael is a good friend of mine and I care what happens I know Michael has learned a lesson from this experience and I will assist him in not making the same decisions as before. He has an alternative choice in life and this time he will do right. He is definitely losing a lot because of this situation and I hope you take all that he has lost into consideration.

                                        Yours sincerely

                                        Timothy Eddings

August 11, 2006

Judge Lambert,

I am very pleased to write a character reference for my friend Michael Owusu-Sakyi.

Mike and I have known each other for over 14 years. During this time, I have watched Mike grow into a fine man with distinct qualities and determined capabilities. Mike has always been dependable, loyal and selfless. He is one of my closest friends and served as best man during my wedding in September 2006. He is also the godfather to my children Solomon and Miriam.

I have always been able to depend on Mike for support and he has always been willing to lend a helping hand. He has been a positive influence in my life and has always encouraged me to strive for the best. Without Mikes' continued advice and counsel, I may not be where I am right now. In my opinion Mike has proved to be a man with exceptional character, and I am grateful to know him as a person.

With all being said, I hope you will give this letter of reference serious consideration before making your final decision. I know Michael will be a better asset to society than in prison.

Sincerely,

Magnus Decker

Magnus Decker

George Tawiah
3017 Brightseat Rd.
Hyattsville, MD 20785
GeorgeTawiah@msn.com

August 28, 2006

To: Judge Lambert

Re: Michael Owusu-Sakyi

Dear Judge Lambert:

I have known Michael for several years. In that time I have known Michael to be a very good person to all in the community. Michael has been an integral in my development as Business Banker for a local bank, by helping me to understand the obstacles small business owners face.

Michael has helped create jobs in the community by running two businesses; both a barbershop as well as a real estate ownership. Michael has also helped the neighborhood youth to learn responsibility by teaching them hard work is rewarded, by allowing them to come and clean the shop on occasions.

Please feel free to contact me if you have any additional questions or concerns.

Sincerely,

George Tawiah
703-395-5503