**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | : |
| **v.** | :    **Case Number: 06-cr-055** |
| **Michael Owusu-Sakyi** | : |

**NOTICE OF FILING OF CHARACTER LETTERS**

The Defendant, through counsel, respectfully submits the attached character letters to be considered at sentencing.

          Respectfully submitted,

          /s/

          _____
          Douglas J. Wood
          Roberts & Wood
          6801 Kenilworth Avenue
          Suite 202
          Riverdale, MD 20737
          (301) 699-0764