To the Honorable, Judge Lambert

I am here before you in this court pleading to the unlawful possession of an unregistered firearm. For the last past ten years I have been working diligently to further my education and be a productive member in society. I have accomplished this by being employed for six years at the same Barbershop on 3929 Georgia Ave. N.W., Washington DC, which I now own and operated for the last four years consistently named K&O's Barbershop and Services. Studying real estate I have acquired the knowledge that enabled me to purchase property and being that I am still an interest I wish to attain my license in Real estate.

I am the oldest of four; I have a brother and two sisters. Being the oldest I understand the great responsibility of taking of care of my siblings. I do this earnestly by providing any assistance asked, such as school's tuition, help with housing and the most important emotional support and advice to keep them focused on the right path and out of harms way. In addition to family I have been in a long term relationship with Cutina Mosley who is now my Fiancé that has been a strong backbone in my life.

The Barbershop's profits gave me the opportunity to purchase real estate and help others, due to this accomplishment I am an asset to the community. With my Barbershop and real estate, I'm able to provide employment for all ages from kids sweeping the floors to, various property maintenance services. Being a business owner I'm able to keep jobs for barbers willing to learn the trade of Barbering to establish themselves to be professionals, one day owning their own business or shop. I do voluntary work on Sundays by opening my shop for free hair cutting services for only senior citizens, homeless, military veterans and to also kids that are willing to help on cleanup services for the shop. Your honor I would like to be given the chance to continue in being a productive business owner, homeowner and be a productive positive person in my community.

Sincerely,

Michael Owusu-Sakyi

August 1, 2006

Dear Judge Lambert:

My name is Elobuike Oji and the purpose of this is letter is to provide a character reference for Mr. Michael Owusu-Sakyi whom I have known as a barber for the last 8 years. Throughout our acquaintance, Mr. Owusu-Sakyi has become much more than a barber, but a mentor who has provided wisdom and guidance through some of the most difficult periods of my life.

Growing up in the intercity Mr. Owusu-Sakyi understood how easy it is for a young child to be involved in crime and he knew education and athletics were the best deterrent against a life of crime. From the moment we met, he stressed the importance of getting an education and being involved in athletics. Initially, I did not listen to his advice, believing that he could not relate to my situation. I soon developed respect for Mr. Owusu-Sakyi when I discovered that he also grew up in the intercity and faced many of the obstacles that I was currently experiencing. I soon took his advice and became involved in various athletic teams.

However, my dedication to sport had a negative effect on my academics. When my grades began to drop he told me, never be complacent with merely being academic eligible to play sports. He continued to say, sports are a good outlet for stress but education is the key to success. Through Mr. Owusu-Sakyi's guidance, I decided to focus on gaining admission into an accredit university. I graduated at the top 10 percent of my class and was award a scholarship to the University of Michigan.

I am proud to say, I am entering my senior at the University of Michigan and I will soon graduate with BSE in mechanical engineering in December 2007. I believe without the guidance and support of Mr. Owusu-Sakyi I would not be in the position I am in today.

Sincerely

Elobuike Oji

Melvon Fox
4202 13th St. N.W.   #209
Washington D.C. 20011

August 30, 2006

To Whom It May Concern:

This letter is a personal character reference of Michael O. Sakyi.

I, Melvon Fox have known Michael Sakyi for eight years. I began as a customer at K & O's Barber and Beauty Shop. However, throughout the years, Michael and myself have developed a close friendship.

Mr. Sakyi is supportive in the business community. He attends regular business meetings with other business owners in the area. He helps to promote the importance of neighborhood children obtaining their education. His initiatives to achieve this goal are shown through hiring college students during summer break sessions.

I am extremely proud of Mr. Sakyi. He has grown in many ways, including; continued ambition, strong determination and highly respectful toward others. Others have always admired his care and compassion for people. He is very strong-willed and seeks to always improve himself.

If any other questions are needed or additional information, please feel free to contact me at my home number (202) 722-2805 or fax (202) 722-0737.

Sincerely,

*Melvon Fox*

Melvon Fox

---

**MELVON FOX**
NOTARY PUBLIC

4202 13TH Street N.W   Washington, D. C. 20011
Phone: 202-722-2805

July 5, 2006

To whom it may concern,

My name is Khary Kelly. I am in my senior year at Hampton University. I am pursuing a Bachelors degree in Business Management. I have known Mike since I was in the ninth grade. He has been my barber since the first time he cut my hair. Over the eight years of me coming to the barbershop, I have established a real friendship with Mike.

Mike and I always talk about school and my advancements in the financial game of life. He helped me to pick a college. He advised me not to attend college in the city, and to attend college in a rural area. Looking back on that now, I realize that was very wise decision. Mike has also discussed the value of saving money and also the importance of maintaining high credit scores.

Mike is a person with a lot of wisdom and is a person that contributes back to the youth and the community. He would be of better service to the community and people around him in the Barbershop than any place else.

Sincerely,

*Khary Kelly*

Khary Kelly

August 3, 2006

To Whom It May Concern:

Mr. Michael Owusu-Sakyi has been my barber for the past five years at K & O Barber. I have been getting my hair cut for a long time and Mr. Owusu-Sakyi is the most professional barber I have had. He is a perfectionist when cutting my hair and spends the necessary time to give me the exact style that I request. Mr. Owusu-Sakyi is a role model to the young men who live in the neighborhood as well as to the other barbers. He is always encouraging them to stay in school and strive for excellence.

Mr. Owusu-Sakyi is a fine young man and I respect him as a businessman. He assures that the barber shop is run in a professional manner and that all customers respect one another. He is an extremely talented and respectful young man.

Sincerely,

Shirley W. Witherspoon-Ford
Shirley Witherspoon-Ford
427 Randolph Street, N.W.
Washington, DC 20011

July 28, 2006

To whom it may concern:

It has been 10 years since I've known Mr. Owusu-saki. Over the years, Michael has been a friend, mentor, and not to mention an outstanding barber/stylist. Michael took over the barbershop a few years back after Rev. Livingston, the owner at the time, stepped down. After taking over the "shop" Mike as we call him, had a few changes in mind.

The name " Big Man's " was then changed to K & O's barbershop. He had plenty of up grades made including plumbing; electrical work, painting, and he even gave the shop a little flavor with crafty signs and new mirrors. Michael definitely takes his job serious and he truly loves what he does. Mike is full of knowledge and wisdom. He often encourages us younger guys in the community, through his experience, to make wise decisions.

Certainly, a man like this deserves a second chance.

Thank you,

Terrence Shields

*Terrence Shields*

08/02/06

TnT Barbershop
3929 Georgia Avenue NW
Washington, DC 20011

To Whom It May Concern:

I have known Mr. Owusu-Sakyi for a number of years. He is a pillar in the northwest community for a long time. He has counseled many youths from the area and many of his peers respect and admire his advice. Mr. Owusu-Sakyi has always made this community a better place for the young black Afro-Americans throughout his time at the barber-shop. He is a good man with outstanding qualities that I hope will still remain in the community for years to come.

Yours truly,

Mr. Adams
Secretary



# First Baptist Church

*Reverend Harold N. Brooks, Jr., Pastor*

*"But ye shall receive power, after that the Holy Ghost is come upon you; and ye shall be witnesses unto me both in Jerusalem, and in all Judaea, and in Samaria, and unto the uttermost part of the earth." Acts 1:8 (KJV)*

August 28, 2006

RE: Mr. Michael Owusa-Sakyi

To Whom It May Concern:

I have known Brother Owusa-Sakyi for over 12 years. Brother Owusa-Sakyi is not only my barber, but I consider him as a true friend, despite any mistakes he may have made.

I have watched a steady spiritual growth in him. He attended Zion Baptist Church where I pastored and has attended First Baptist Church where I am the current Senior Pastor. Thoughtful consideration should be given because of the potential of this young man. Anyone who has lived for any amount of time has misstep. He is someone who I've had great joy in being around.

Because of HIM, I am,

*Rev Harold N Brooks Jr* (signature)

Reverend Harold N. Brooks, Jr.
Senior Pastor

HNB/ar

To Judge Lambert

My name is Mukasa Osuchukwu. I am a full time Business/Management student at Florida A&M University, from the North West area of Washington D.C. I am writing this letter on the behalf of Mr. Michael Owusu Sakyi. I have known Mr. Owusu Sakyi for over nine years now, and during these nine years Mr. Owusu Sakyi has not only been a great friend but also a great mentor. Some of the things that Mr. Owusu Sakyi have taught me and showed have groomed me to be the successful young man I am today.

In the area that I live in, there is a lot of crime, violence, and drug activity that goes on, and Mr. Owusu Sakyi has been a driving factor in why I have always stayed away from these things; not only my self but many other people in my community who could have chosen the wrong path, but due to the guidance and advice of Mr. Owusu Sakyi, they did not steer the wrong route. Many young adults in this community, such as my self, grew up with out a father, and though know one can replace this role; Mr. Owusu Sakyi does a great job in being a role model to many of these people. I, my self, see him as sought of an uncle or a big brother.

Mr. Owusu Sakyi' barber shop has been serving the community for years, and due to his welcoming and joyful attitude, people in the community enjoy coming there. What I mean by this is that, it does not only serve as a barber shop but also a "hang out". People can just come there to relax, converse with others, etc. His barber shop is important to our community because it gives people another way to go besides the streets. The basis of this letter is to illustrate that Mr. Owusu Sakyi is a great figure to me and to others in my community.

Sincerely,

*[signature]*

8/10/06