IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| vs. | : | 06-cr-055 RCL |
| MICHAEL OWUSU-SAKYI | : | Closed Files |

FILED
SEP -7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTICE OF APPEAL

The defendant does hereby note an appeal of this Court's sentence entered September 5, 2006.

Respectfully submitted,

*Douglas J. Wood*
Douglas J. Wood
Roberts & Wood
Suite 202
6801 Kenilworth Avenue
Riverdale, Maryland - 20737
(301) 699-0764

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Appeal has been delivered by mail this ____ day of September ____ 2006, to the Office of the United State's Attorney, 555 Fourth Street, NW, Washington, DC 20530.

*Douglas J. Wood*
Douglas J. Wood

RECEIVED
SEP - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT