HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ORDER TO SURRENDER**

FILED

OCT 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Michael Owusu-Sakyi                    Docket No.: CR 06-055-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Michael Owusu-Sakyi__ having been sentenced, on September 5, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __USP Lewisburg__, in __Lewisburg, PA__ by 2 p.m., on __November 2, 2006__.

__10/12/06__
Date

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

**ATTORNEY/U.S. PROBATION OFFICER**                    **DEFENDANT**

Revised 6-2004